Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN GERNY, JR. and VALERIE HASBARGEN, individually on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ECHOPARK AUTOMOTIVE, INC., a for-profit corporation; NORTHWEST MOTORSPORT, LLC., a for-profit corporation; STEPHEN COSS, an individual,<br><br>Defendants. | No. 3:24-cv-06045-JLR<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING MOTION TO COMPEL ARBITRATION DEADLINES |

Plaintiffs STEPHEN GERNY, JR. and VALERIE HASBARGEN (herein, "Plaintiffs"), through their counsel, and Defendants ECHOPARK AUTOMOTIVE, INC., NORTHWEST MOTORSPORT, LLC, and STEPHEN COSS (herein, "Defendants," and collectively, "parties"), through their counsel, hereby stipulate and agree to the following.

The parties jointly move the Court to modify the pending briefing schedule as follows to allow for additional time to conduct discovery:

Defendants' Motion to Compel Arbitration shall be re-noted for August 6, 2025. Plaintiffs' deadline to respond to Defendants' motion to compel arbitration (Dkt. 17) shall be July 14, 2025. Defendants' reply shall be due on July 30, 2025.

Stipulation and [Proposed] Order Modifying Motion to Compel Arbitration Deadlines – 1
Case No. 3:24-cv-06045-JLR.

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4926-0515-2846, v. 1

1   Plaintiffs further agree that they will not assert any argument of waiver on the basis of
2   this stipulation or any matters arising therefrom.
3   SO STIPULATED.

5   *By: /s/ Adam L. Rosenberg*
Adam L. Rosenberg, WSBA #39256
Holly E. Lynch, WSBA #37281

KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3268
Telephone: (206) 623-1900
Facsimile: (206) 623-3384
Email: arosenberg@kellerrohrback.com

*Attorneys for Plaintiffs*

*By: /s/ Felix Zhuk*
John Boggs, *pro hac vice*
Felix Zhuk, *pro hac vice*

FINE, BOGGS & PERKINS, LLP
80 Stone Pine Road, Suite 210
Half Moon Bay, CA 94019
Telephone: (650) 712-8908
jboggs@employerlawyers.com
fzhuk@employerlawyers.com

Paul Smith, WSBA 28099
FORSBERG & UMLAUF, P.S.
401 Union St., Suite 1400
Seattle, WA 98101
Telephone: (206) 689-8500
PSmith@foUm.law

*Attorneys for Defendants*

Stipulation and [Proposed] Order Modifying Motion to Compel Arbitration Deadlines – 2
Case No. 3:24-cv-06045-JLR.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON  98101
(206) 689-8500 • (206) 689-8501 FAX

4926-0515-2846, v. 1

**ORDER**

Defendants shall re-note their pending motion to compel arbitration for August 6, 2025. Plaintiffs shall respond to Defendants' motion to compel arbitration (Dkt. 17) not later than July 14, 2025. Defendants' may submit a reply brief not later than July 30, 2025.

DATED this 16th day of June, 2025.

_____
The Honorable James Robart
United States District Court Judge

Stipulation and [Proposed] Order Modifying Motion to Compel Arbitration Deadlines – 3
Case No. 3:24-cv-06045-JLR.

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
401 UNION STREET • SUITE 1400
SEATTLE, WASHINGTON 98101
(206) 689-8500 • (206) 689-8501 FAX

4926-0515-2846, v. 1